**Dismiss and Opinion Filed August 28, 2024**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-24-00752-CR

**PHILEMON JOHNSON, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-84697-2022**

## MEMORANDUM OPINION

Before Justices Molberg, Nowell, and Kennedy
Opinion by Justice Nowell

Appellant appeals the pretrial denial of his motion to suppress and motion to reconsider the motion to suppress. Courts of appeals have jurisdiction over interlocutory appeals only where expressly granted by law. The pretrial denial of a motion to suppress is not an appealable pretrial order. *See McKown v. State*, 915 S.W.2d 160, 161 (Tex. App.—Fort Worth 1996, no pet.) (per curiam); *see also Faz v. State*, No. 05-06-00540-CR, 2006 WL 1727758, at *1 (Tex. App.—Dallas June 26, 2006, no pet.) (per curiam).

Accordingly, we dismiss this appeal for want of jurisdiction.

240752f.u05

/Erin A. Nowell//

ERIN A. NOWELL

Do Not Publish                              JUSTICE

Tᴇx. R. Aᴘᴘ. P. 47.2(b)



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

PHILEMON JOHNSON, Appellant

No. 05-24-00752-CR        V.

THE STATE OF TEXAS, Appellee

On Appeal from the 219th Judicial District Court, Collin County, Texas Trial Court Cause No. 219-84697-2022.

Opinion delivered by Justice Nowell. Justices Molberg and Kennedy participating.

Based on the Court's opinion of this date, the appeal is **DISMISSED** for want of jurisdiction

Judgment entered this 28th day of August, 2024.